IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HEADLANDS LIMITED,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-CV-0420-MJR-CJP |
| ) | |
| **AIR SUPPORT SYSTEMS, LLC,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**REAGAN, District Judge:**

      The Court has completed its preliminary jurisdictional examination of this case. Although the Court is aware of the unopposed motion to transfer venue to the Eastern District of Missouri (*see* Docs. 10, 14), the Court cannot transfer a case over which it does not have subject-matter jurisdiction. Based on the allegations in the complaint, subject-matter jurisdiction is doubtful here. The only jurisdictional allegations for Air Support Systems, LLC are that it is incorporated in Delaware and has a principal place of business in Illinois, both of which are irrelevant when determining the presence of diversity jurisdiction over limited liability companies. *See Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009) ("[F]or diversity jurisdiction purposes, the citizenship of a limited liability company is the citizenship of each of its members. The notice of removal therefore gave two pieces of irrelevant information about Aurora (the state of its principal place of business and that it was a Delaware company) while failing to provide the information critical to determining its citizenship: the citizenship of its members." (citations omitted)); *OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007) ("An LLC's citizenship, for purposes of diversity jurisdiction, is the citizenship of each of its members.").

The Court **DIRECTS** Headlands Ltd. to amend its complaint by **Tuesday, August 3, 2010** to allege a proper basis for federal diversity jurisdiction. If it fails to do so, its case will be **DISMISSED** for lack of subject-matter jurisdiction.

**IT IS SO ORDERED.**

**DATED July 13, 2010.**

                                                                        s/ Michael J. Reagan
                                                                        **MICHAEL J. REAGAN**
                                                                        **United States District Judge**